JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA MARIA BENSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HEMET POLICE DEPARTMENT,<br><br>　　　　　　　　Defendant. | Case No. 5:20-cv-02230-DMG-SHK<br><br>**JUDGMENT** |

Pursuant to the Order re Dismissal of Action, **IT IS HEREBY ADJUDGED** that the above-captioned action is **DISMISSED** without prejudice.

DATED: March 22, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　United States District Judge